JON MICHAELSON (SBN 83815)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, California 94025
Telephone:    (650) 614-6462
Facsimile:    (650) 618-2498
JMichaelson@kilpatricktownsend.com

RAYMOND P. BOLAÑOS (SBN 142069)
AT&T SERVICES, INC. LEGAL DEPT.
430 Bush Street, 3rd Floor
San Francisco, California 94108
Telephone:    (415) 268-9491
Facsimile:    (415) 543-0418
rb2659@att.com

Attorney for *Defendant*
AT&T MOBILITY, LLC

Suraj Kumar Rajwani
631 Folsom Street PHC
San Francisco, CA 94107
suraj@doublerock.com

PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURAJ KUMAR RAJWANI, | Case No.: 3:18-cv-03076-JD |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |
| vs. | |
| AT&T MOBILITY, LLC, | Judge: District Judge James Donato |
| Defendant. | Notice of Removal Filed: May 23, 2018 |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Suraj Kumar Rajwani and Defendant

2    AT&T Mobility, LLC hereby apply for and stipulate to dismissal of all claims against Defendant

3    AT&T Mobility, LLC with prejudice.

4         So Stipulated.

5         Dated:  June 19, 2018          Respectfully submitted,

6                                        KILPATRICK TOWNSEND & STOCKTON LLP

7

8                                        By: /s/ Jon Michaelson
                                              JON MICHAELSON

9
                                         Attorneys for Defendant
10                                       AT&T MOBILITY, LLC

11        Dated:  June 19, 2018          By: 

12                                          Suraj Kumar Rajwani

13                                          Plaintiff

1    [PROPOSED] ORDER

2         Based on the foregoing application and stipulation, it is hereby ordered that Defendant

3    AT&T Mobility, LLC is dismissed from this action with prejudice.

4

5    Dated: _____ July 12 ___, 2018         _____

6                                                      JUDGE JAMES DONATO
                                                       UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28